U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2021 DEC -3 P 12: 27

CAROL L. MICHEL
CLERK

**SEALED**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR VIOLATIONS**
**OF THE FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-0169 |
| v. | * | SECTION: SECT. G MAG. 1 |
| JAMES VAN CLEAVE<br>DANIELLE PRESTRIDGE | * | VIOLATIONS: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |
| * * * | | |

The Grand Jury charges that:

**COUNT 1**
(Possession of a Firearm by a Convicted Felon)

On or about August 18, 2021, in the Eastern District of Louisiana, the defendants, **JAMES VAN CLEAVE** and **DANIELLE PRESTRIDGE**, knowing that they had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, did knowingly possess firearms, that is a Remington shotgun, model 870 Wingmaster, serial number 202897V, and a Ruger revolver, model GP100, .357 magnum, serial number 170-67335, said firearms having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

```
_Fee_____
_Process_____
X Dktd_____
_CtRmDep____
_Doc.No._____
```

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendants, **JAMES VAN CLEAVE** and **DANIELLE PRESTRIDGE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

>Remington Shotgun, model 870 Wingmaster, bearing serial number 202897V.

>Ruger Revolver, model GP100, .357 Magnum, bearing serial number 170-67335.

3. If any of the above-described property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:



FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
GREGORY M. KENNEDY
Assistant United States Attorney

New Orleans, Louisiana
December 3, 2021

**SEALED**

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

### JAMES VAN CLEAVE
### DANIELLE PRESTRIDGE

## INDICTMENT

INDICTMENT FOR VIOLATIONS
OF THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:**   18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

_A true bill_ ▮

_____ day of _____ A.D. 2021.

Filed in open court this _____

_____ Clerk

Bail, $ _____

**GREGORY M. KENNEDY**
Assistant United States Attorney